# UNITED STATES COURT OF APPEALS
## FOR THE EIGHTH CIRCUIT

| | | |
|---|---|---|
| Laurie Simpson, | ) | No. 15-2220 |
| | ) | |
| Plaintiff-Appellant | ) | |
| | ) | |
| -against- | ) | Case No. 08-5758 (MJD/SER) |
| | ) | |
| Bayer Healthcare, et al., | ) | |
| | ) | |
| Defendants-Appellees | ) | |

_____

## **APPELLANT'S NOTICE REGARDING APPENDIX**

Pursuant to 8th Cir. R. 30A(b)(3), Appellant Laurie Simpson hereby provides notice of her decision to prepare and file a separate appendix.

Date: June 19, 2015

Respectfully submitted,

/s/ David A. Bocian
David A. Bocian
KESSLER TOPAZ
MELTZER & CHECK LLP
280 King of Prussia Road
Radnor, PA 19087
Tel. (484) 270-1420
dbocian@ktmc.com

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the appellate CM/ECF system on June 22, 2015. Participants in the case who are registered CM/ECF users will be served by the appellate CM/ECF system.

/s/ David A. Bocian
David A. Bocian
KESSLER TOPAZ
MELTZER & CHECK LLP
280 King of Prussia Road
Radnor, PA 19087
Tel. (484) 270-1420
dbocian@ktmc.com